United States Of America

Date : June 24, 2017

_____

Plaintiff

Civil Action No.   8:17cv 1290-T-33JJSS

V.

Michael Gardner

Defendant

Summons In Civil Action

**Response to Complaint**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE

The United States of America, plaintiff, alleges that :

1.  Defendant does not agree to juristriction as the defendant does not owe debt.
2.  Defendant agrees resident of Pinellas County.
3.  The Debt; the defendant does not agree there is a debt owed for the following reasons:
    a.  The principal amount and loan are in question, as the plaintiff has not shown the proper documents and defendant has question the loan practices of ITT technical institute over 25 years ago.  The Defendant challenged and reported loans that were not approved by defendant and even having loans and collection agencies duplicating demands.
    b.  This alleged debt is over 30 years old.   The defendant has been a resident of Pinellas County for over 17 years at his previous address for over 16 years. Defendant has not received any notice or payment demand nor is this demand valued and ITT has shown to defraud student loan practices.
    c.  Over 25 years ago defendant filed complaint against ITT as tax return refund was garnished by Government for loan?  Defendant is not sure if that would have been for this loan if there was a loan as it would have had to be a government loan; to garnish refund.



4. Failure to pay; Plaintiff prays for a judgement which is exactly what the plaintiff is seeking PREY; as plaintiff has not shown this is a legitimate debt for over 30 years?   The defendant feels like prey and being ITT has been shut down by the government for exactly what the defendant brought to the attention to the government over 25 years ago is proof in itself these practices and loans are disgraceful, illegitimate and many people have been Preyed upon .

5. The Defendant ask THE HONARABLE UNITED STATES DISTRICT COURT JUDGE for a complete dismissal to this claim.

Dated this  24th day of June 2017.

Respectfully submitted,

By _____

Michael A. Gardner

520 Rebstock Blvd.

Palm Harbor , FL 34683

Copies sent via USPS  to the following parties :

Steven M. Davis

Becker & Poliakoff, P.A.

121 Alhambra Plaza , 10th Floor

Coral Gables, Florida 33134